RECEIVED

JUL 2 0 2011

OFFICE OF THE BANKRUPTCY CLERK
UTICA, NY

# OFFICE OF THE
# CHAPTER 13 STANDING TRUSTEE

7 Southwoods Boulevard,, Albany, New York 12211

| | | |
|---|---|---|
| **Andrea E. Celli, Esq.**<br>Trustee<br>**Bonnie Baker, Esq.**<br>Assoc. Attorney | Telephone: (518) 449-2043<br>Facsimile: (518) 449-2473 | For payments Only:<br>P.O Box 1918<br>Memphis, TN 38101-1918 |

July 18, 2011

Bankruptcy Court
Alexander Pirnie Federal Building
10 Broad Street, Room 230
Utica, NY 13501

Re:   07-60576            David Jurewicz

Dear Mr. Lefebvre:

Enclosed please find check #**922809** in the amount of $481.00 representing unclaimed funds on the above referenced case. A Lexis search indicates that the debtor is deceased and the Montgomery Surrogates Court records confirm that there has not been an estate proceeding filed. Our records reflect the debtor's name and address is as follows:

    Debtor Refund:    David Jurewicz
                              37 Mason Ave.
                              Amsterdam, NY 12010

Very truly yours,

*Cheryl Corning*
Cheryl Corning
Office of Andrea Celli

RECEIVED

JUL 2 0 2011

OFFICE OF THE BANKRUPTCY CLERK
UTICA, NY

FILED

JUL 2 0 2011

OFFICE OF THE BANKRUPTCY CLERK
UTICA, NY